| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0862 3:22CR03034-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:24-cr-59-SMR-HCA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ryan William Thornton | Northern District of Iowa | Central |
| | NAME OF SENTENCING JUDGE | |
| | Leonard T. Strand | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/4/2024 — TO 1/3/2025 |

**OFFENSE**

Acquiring a Controlled Substance by Means of Misrepresentation, Fraud, Deception, and Subterfuge

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant has no intention of returning to the Northern District of Iowa.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __NORTHERN__ DISTRICT OF __IOWA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of Iowa__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/3/24
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __IOWA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 7, 2024
*Effective Date*

*Chief United States District Judge*

1